LEMUEL WEST and CATY, his Wife, and JABEZ TURNER,
Administrators of Mary Turner, late Mary Ake, v. MARY
EVANS, Administratrix of Eli Evans.

Court of Chancery. Sussex. July 25, 1820.

*Ridgely's Notebook III, 163.*

ARMWELL LONG v. WILLIAM LOCKWOOD.

Court of Chancery. Sussex. July 26, 1820.

*Ridgely's Notebook III, 170.*

CALEB KIRK, AARON JUSTIS et al. v. THE PRESIDENT, DI-
RECTORS, AND COMPANY OF THE FARMERS BANK OF
THE STATE OF DELAWARE, MORDECAI McKINNEY,
JAMES ROGERS, Esq., JAMES McCALLMONT and JOHN
TWEED.

Court of Chancery. In Vacation. July 29, 1820.

*Ridgely's Notebook III, 172.*

Petition to order to examine John Tweed and Mordecai Mc-
Kinney. This petition is presented on the part of the complain-
ants.

The petition is as follows:

To the Honourable Nicholas Ridgely, Esq., Chancellor of
the State of Delaware.

The humble petition of the said complainants sheweth
that issue being joined in this cause, your petitioners are ad-